## PHILLIPS WARREN, MOSES T. GAGE AND ABNER YOUNG *versus* THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Continued *\*p. 261; (2) referred \*p. 340; (3) continued nisi \*p. 344; (4) motion to accept award \*p. 444; (5) judgment \*p. 454.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea; (5) agreement re filing replication; (6) demurrer to plea; (7) demurrer to "replication"; (8) plea of non assumpsit and notice of set off; (9) agreement for reference; (10) declaration; (11) precipe for subpoena; (12) copy of agreement for reference and of rule of reference; (13) award of referees; (14) receipt for costs in county court; (15) agreement re construction of the church of St. Anne. *1821 Calendar*, MS p. 51. Recorded in *Book B*, MS pp. 233–37.